IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| NATHANIEL GOODWIN, | ) | 8:12CV154 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| OXFORD LAW, LLC, PINNACLE | ) | |
| CREDIT SERVICES, LLC, | ) | |
| MICHAEL MCGUIGAN, and JOHN | ) | |
| DOE 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff, a non-prisoner, filed a Motion for Leave to Proceed In Forma Pauperis. (Filing No. 2.) Upon review of Plaintiff's Motion, the court finds that Plaintiff is financially eligible to proceed in forma pauperis.

IT IS THEREFORE ORDERED that leave to proceed in forma pauperis is provisionally granted, and the Complaint shall be filed without payment of fees.

DATED this 23rd day of May, 2012.

BY THE COURT:

*s/ John M. Gerrard*
United States District Judge