IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

NATHANIEL GOODWIN, ) 8:12-CV154
 )
 Plaintiff, )
 )
 vs. ) STIPULATION FOR DISMISSAL
 ) WITH PREJUDICE
OXFORD LAW, LLC, PINNACLE CREDIT )
SERVICES, LLC, MICHAEL MCGUIGAN and )
JOHN DOE 1-10, )
 )
 Defendants. )
 )

Plaintiff, Nathaniel Goodwin, and the Defendants, Oxford Law, LLC, Pinnacle Credit Services, LLC, and Michael McGuigan, by and through their respective attorneys stipulate and agree as follows:

1. This case is settled;

2. Plaintiff hereby dismisses this action and any and all causes of actions contained herein with prejudice;

3. The complete record is waived;

4. An Order may be entered pursuant to the terms of this Stipulation.

DATED this 31 day of October, 2012.

NATHANIEL GOODWIN, PLAINTIFF

By: _____
Nathaniel Goodwin
7513 North 74th Street
Omaha, NE 68122-5408

OXFORD LAW, LLC, PINNACLE
CREDIT SERVICES, LLC, AND
MICHAEL MCGUIGAN Defendants.

By: *[signature]*
Melanie J. Whittamore-Mantzios, #18883
WOLFE, SNOWDEN, HURD,
 LUERS & AHL, LLP
Wells Fargo Center
1248 "O" Street, Suite 800
Lincoln, NE 68508
(402) 474-1507
mmantzios@wolfesnowden.com

## CERTIFICATE OF SERVICE

I hereby certify that on *November 5* 2012, I electronically filed the foregoing Stipulation for Dismissal with Prejudice with the Clerk of the Court using CM/ECF system and sent a copy of such filing by first-class United States Mail, postage prepaid to the following:

Nathaniel Goodwin
7513 North 74th Street
Omaha, NE 68122-5408

*[signature]*
Melanie J. Whittamore-Mantzios

2