IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| NATHANIEL GOODWIN, | ) | 8:12CV154 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| OXFORD LAW, LLC, PINNACLE | ) | |
| CREDIT SERVICES, LLC, | ) | |
| MICHAEL MCGUIGAN, and JOHN | ) | |
| DOE 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the parties' joint Stipulation for Dismissal With Prejudice. (Filing No. 30.) The parties have settled this matter and have stipulated and agreed to dismissal with prejudice. (*Id.*) The court accepts the Joint Stipulation.

IT IS THEREFORE ORDERED that:

1. In accordance with the parties' joint Stipulation for Dismissal With Prejudice (filing no. 30), this matter is dismissed with prejudice.

2. A separate judgment will be entered in accordance with this Memorandum and Order.

3. All pending motions are denied as moot.

DATED this 13th day of November, 2012.

BY THE COURT:

*s/ John M. Gerrard*
United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

2